IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ERIE INSURANCE EXCHANGE<br>a/s/o KENNY WAYNE MIDDLETON<br>and KIMBERLY ANN MIDDLETON,<br><br>Plaintiffs,<br><br>vs.<br><br>SPECTRUM BRANDS, INC. and/or<br>SPECTRUM BRANDS PET GROUP, INC.<br>d/b/a MARINELAND,<br><br>Defendant. | *<br>*<br>*  Case No.: 1:24-cv-764<br>*<br>*<br>*<br>*<br>* |

\* \* \* \* \* \* \* \* \* \* \* \*

## JOINT MOTION TO REMAND

NOW COME Erie Insurance Exchange, Spectrum Brands, Inc., and Spectrum Brands Pet Group, Inc., jointly, through undersigned counsel, and pursuant to 28 U.S.C. § 1447(c), and respectfully moves this Court for an Order remanding this case to the Circuit Court for Carroll County, Maryland for all further proceedings. In support thereof, the Parties jointly state as follows:

1. On or about February 13, 2024, Plaintiff filed this civil action in the Circuit Court for Carroll County, Maryland, Case No. C-06-CV-24-000053 (hereinafter the "State Court Action"). (ECF No. 1 ¶ 1).

2. The State Court Action was an insurance subrogation action seeking recovery for payments that Plaintiff made on behalf of its insured arising out of a July 13, 2022 incident involving fire damage to Plaintiff's insured's property.

1

3.      Plaintiff's Complaint asserts that Plaintiff "reimbursed its insured for the damages sustained in the amount of $241,415.33 and became subrogated to any and all claims its insured had against Defendant or any other party responsible for the fire." (Id. ¶ 17).

4.      Plaintiff Erie Insurance Exchange is an "unincorporated reciprocal insurance exchange which issues policies of insurance in the State of Maryland." (ECF No. 5 ¶ 1). Plaintiff is registered as a "domestic business corporation" in the Commonwealth of Pennsylvania with an office located at 100 Erie Insurance Place, Erie, PA 16530. (ECF No. 1 ¶ 12).

5.      Spectrum Brands, Inc. is a corporation organized under the laws of the State of Delaware and has its principal place of business in Middleton, Wisconsin. (Id. ¶ 13).

6.      Defendant Spectrum Brands Pet Group, Inc. is a corporation organized and existing under the laws of the State of Delaware and has its principal place of business in Missouri. (Id. ¶ 14).

7.      On March 14, 2024, Spectrum Brands, Inc. and Spectrum Brands Pet Group, Inc. filed a Notice of Removal pursuant to 28 U.S.C. §§ 1332 and 1441 citing the existence of diversity jurisdiction as the basis of its removal. (Id. ¶¶ 3, 6-19).

8.      On March 19, 2024, counsel for Erie Insurance Exchange sent correspondence to counsel for Spectrum Brands, Inc. identifying legal authority stating that while Erie Insurance Exchange is formed under the laws of Pennsylvania, it is an unincorporated association and "is therefore considered to have the citizenship of its members for diversity purposes in federal court." Erie Ins. Exch. v. Potomac Elec. & Power Co., No. CIV.A. DKC 14-0485, 2014 WL 1757949, at *2 (D. Md. Apr. 29, 2014); see also James G. Davis Const. Corp. v. Erie Ins. Exch., 953 F. Supp. 2d 607 (D. Md. 2013).

9. Plaintiff's insureds, Kenny Wayne Middleton and Kimberly Ann Middleton, are citizens of the State of Maryland. Therefore, Plaintiff is a citizen of Maryland. See generally id. In addition, because Plaintiff has policyholders in the State of Delaware, Plaintiff is a citizen of Delaware. Erie Ins. Exch. v. Dell Inc., No. 420CV00031TWPDML, 2020 WL 3045903, at *1 (S.D. Ind. June 5, 2020); Erie Ins. Exch. v. Electrolux Home Prod., Inc., No. 3:10CV615, 2011 WL 2945814, at *1 (W.D.N.C. July 15, 2011); Erie Ins. Exch. v. One World Techs., Inc., No. 1:16-CV-00915, 2016 WL 9176323, at *1 (E.D. Va. Oct. 3, 2016); Erie Ins. Exch. v. Harbor Freight Tools, USA Inc., No. 4:16CV2212, 2017 WL 1738451, at *1 (N.D. Ohio May 4, 2017).

10. Because both Spectrum Brands, Inc., Spectrum Brands Pet Group, Inc. and Erie Insurance Exchange are all citizens of Delaware, complete diversity does not exist. 28 U.S.C. § 1332(a).

11. For this reason, the Parties jointly request that this Court remand this action to the Circuit Court for Carroll County, Maryland for further proceedings.

**WHEREFORE**, the Parties respectfully pray that this action be remanded to the Circuit Court of Carroll County, Maryland for trial and determination of all issues.

Dated: March 29, 2024

Respectfully submitted,

| | |
|---|---|
| /s/ Willaim F. Alcarese, Jr. | /s/ Glenn A. Gordon |
| William F. Alcarese, Jr. (Bar #: 18873) | Glenn A. Gordon (Bar #: 13690) |
| ALCARESE LAW, LLC | Darnisha Mitchell (Bar #: 30974) |
| 1301 York Road, Suite 200 | MILES &STOCKBRIDGE P.C. |
| Lutherville, MD 21093 | 100 Light Street |
| Tel: 410-299-8605 | Baltimore, MD 21202 |
| Fax: 410-583-4706 | Ph: (410) 727-6464 |
| bill@lawwfa.com | Fax: (410) 385-3700 |
| *Attorney for Plaintiff* | ggordon@milesstockbridge.com |
| | dmitchell@milesstockbridge.com |
| | *Attorneys for Defendants, Spectrum Brands, Inc.* |
| | *and Spectrum Brands Pet Group, Inc.* |

## Certificate of Service

I hereby certify that on March 29, 2024, a copy of the foregoing Joint Motion to Remand was served electronically upon Glenn A. Gordon, Esquire and Darnisha Mitchell, Esquire, Attorneys for Defendants, Spectrum Brands, Inc. and Spectrum Brands Pet Group, Inc.

/s/ Willaim F. Alcarese, Jr.
William F. Alcarese, Jr.