IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ERIE INSURANCE EXCHANGE  \*
a/s/o KENNY WAYNE MIDDLETON
and KIMBERLY ANN MIDDLETON,  \*

        Plaintiffs,  \*  Case No.: 1:24-cv-764

        \*

vs.

        \*

SPECTRUM BRANDS, INC. and/or
SPECTRUM BRANDS PET GROUP, INC.  \*
d/b/a MARINELAND,

        \*

        Defendant.

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

NOW, this 29th day of March, 2024, upon consideration of the Joint Motion to Remand, IT IS HEREBY ORDERED that the Motion to Remand is **GRANTED**. The Clerk of Court is directed to mark the case as **CLOSED** and return the case file to the Clerk for the Circuit Court of Carroll County, Maryland.

                                                A. David Copperthite
                                                United States Magistrate Judge